```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23513
    INEZ E JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6217


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE           SECURED           7006.49       499.83        7006.49
HOUSEHOLD AUTO FINANCE      NOTICE ONLY    NOT FILED           .00            .00
AT&T CINGULAR WIRELESS      UNSEC W/INTER     618.09         45.01         618.09
BLUE ISLAND FIRE DEPT       UNSEC W/INTER NOT FILED            .00            .00
BMG MUSIC                   UNSEC W/INTER NOT FILED            .00            .00
COMMONWEALTH EDISON         UNSEC W/INTER NOT FILED            .00            .00
MERCY HOSPITAL              UNSEC W/INTER NOT FILED            .00            .00
MERCY HOSPITAL              UNSEC W/INTER NOT FILED            .00            .00
METRIS BANK                 NOTICE ONLY    NOT FILED           .00            .00
NORTHWEST COLLECTION        UNSEC W/INTER NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSEC W/INTER        .00           .00            .00
ECAST SETTLEMENT CORP       UNSEC W/INTER NOT FILED            .00            .00
SANDRA GOLDBERG             UNSEC W/INTER        .00           .00            .00
ST FRANCIS HOSPITAL & HE    UNSEC W/INTER NOT FILED            .00            .00
US CASH                     UNSEC W/INTER NOT FILED            .00            .00
HSBC AUTO FINANCE           NOTICE ONLY    NOT FILED           .00            .00
ROUNDUP FUNDING LLC         UNSEC W/INTER    2053.75        156.44        2053.75
ROUNDUP FUNDING LLC         UNSEC W/INTER     400.88         30.62         400.88
JOSEPH WROBEL               DEBTOR ATTY     1,494.00                      1,494.00
TOM VAUGHN                  TRUSTEE                                         660.03
DEBTOR REFUND               REFUND                                          740.36

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              13,705.50

PRIORITY                                           .00
SECURED                                       7,006.49
   INTEREST                                     499.83
UNSECURED                                     3,072.72

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 23513 INEZ E JOHNSON
```

```
    INTEREST                                              232.07
ADMINISTRATIVE                                          1,494.00
TRUSTEE COMPENSATION                                      660.03
DEBTOR REFUND                                             740.36
                                  ---------------    ---------------
TOTALS                                13,705.50          13,705.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/28/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 05 B 23513 INEZ E JOHNSON